**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO: 26-cv-62645-SMITH**

FIDEL HERRERA,

Petitioner,

v.

CHARLES F. PARRA, *et al*.,

Respondents.
______________________________________________________/

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**

This cause comes before the Court upon review of Petitioner's Verified Second Petition for Writ of Habeas Corpus [DE 1] pursuant to 28 U.S.C. § 2241. In accordance with 28 U.S.C. § 2243, the Court issued an Order to Show Cause [DE 3], directing Respondents to show cause why the Petition should not be granted. On October 7, 2026, Respondents' responded by filing Respondents' Notice of Non-Opposition [DE 5]. Thus, Petitioner's Verified Second Petition for Writ of Habeas Corpus is unopposed. Accordingly, it is

**ORDERED** that:

1. Petitioner's Verified Second Petition for Writ of Habeas Corpus [DE 1] is **GRANTED**. Respondents shall release Petitioner from custody **IMMEDIATELY**, under the terms of Petitioner's prior Order of Supervision.
2. Respondents shall file a notice with the Court within 48 hours confirming Petitioner's release in compliance with this Order.

3. In light of this Order in Petitioner's favor, he is eligible for fees under the Equal Access to Justice Act, 28 U.S.C. § 2412 ("EAJA"). Petitioner may apply to recover his fees within 30 days of entry of the final judgment by showing he is a prevailing party, the amount sought, and that the position of the United States was not substantially justified.

4. The Clerk is directed to **CLOSE** this case.

5. The Court retains jurisdiction to enforce this Order.

**DONE AND ORDERED** in Fort Lauderdale, Florida, on this 9th day of October, 2026.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc: counsel or record